BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
980 9th Street, Suite 380
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile:  (916) 442-9003

Attorneys for Chapter 7 Trustee
Douglas M. Whatley

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WILSON BAO,<br><br>                    Debtor. | CASE NO. 12-33907-C-7<br><br>D.C. NO BHS-1<br><br>**VERIFIED APPLICATION BY CHAPTER 7 TRUSTEE FOR APPROVAL OF EMPLOYMENT OF COUNSEL** |

The verified application of the duly appointed Chapter 7 trustee, Douglas M. Whatley, ("the Trustee"), through his proposed attorney, Law Office of Barry H. Spitzer ("Attorney"), respectfully represents:

1.    This Chapter 7 case was commenced on July 30, 2012 and the Trustee was appointed August 1, 2012.

2.    The Debtor received a discharge on November 13, 2012. Prior to the Debtor receiving his discharge, Adversary case No. 12-2622 was filed by Phuong Pham, alleging among other things, the lien on the real property commonly known as 7235 Buffy Lane, Sacramento, California 95828, was a sham.

3.    It is necessary that the Trustee employ counsel to assist him in this matter to investigate the potential sham lien on the real property, as described in paragraph 2, and as needed on other matters pertaining to the estate.

4.    The Trustee desires court approval to employ Attorney as his counsel to handle this matter, since Attorney is experienced and well qualified to do so.

5.  Attorney and the Trustee have discussed whether any conflicts of interest exist in this case between him and interested parties. To the best of his knowledge, Attorney does not have connections with the debtor, the Trustee, persons employed by the Office of the United States Trustee, creditors of the debtor, any of the debtor's accountants, or any other party in interest in or having an interest in this case, or any of their respective attorneys and accountants, is a disinterested person as that term is defined in 11 U.S.C. Section 101(13).

WHEREFORE, the Trustee prays, through his proposed attorneys, that the court approve employment of Law Office of Barry H. Spitzer as his counsel to perform the professional services required by him as set forth hereinabove, and further, that the fees and expenses incurred as a result be allowed as an administrative expense, payable from funds of the estate upon a properly made application.

DATED: August 23, 2013

LAW OFFICE OF BARRY H. SPITZER

By: /s/ Barry H. Spitzer
BARRY H. SPITZER
Proposed Attorneys for
Douglas M. Whatley, Chapter 7 Trustee

## VERIFICATION

I, Douglas M. Whatley, declare:

1. I have been appointed as the duly appointed Chapter 7 trustee in the above-entitled case.

2. I have requested the Law Office of Barry H. Spitzer represent me in my capacity as the Chapter 7 trustee.

3. I have read the foregoing Application of Chapter 7 Trustee for Approval of Employment of Counsel and know the contents thereof. I am informed and believe that the matters stated therein are true and on that ground I allege that the matters stated therein are true, except for matters stated therein on information and belief and on that basis I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 23, 2013 at Folsom, California.

_____
DOUGLAS M. WHATLEY, TRUSTEE

VERIFIED APPLICATION BY CHAPTER 7 TRUSTEE
FOR APPROVAL OF EMPLOYMENT OF COUNSEL     3