# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: BAO, WILSON | § Case No. 12-33907-CMK |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Douglas M. Whatley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,988.00　　　　　　　　　Assets Exempt: $2,988.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $125,991.26　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $0.00

Total Expenses of Administration: $42,051.99

---

3) Total gross receipts of $ 250,800.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 82,756.75 (see **Exhibit 2**), yielded net receipts of $168,043.25 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $5,487.02 | $5,487.02 | $5,487.02 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 42,051.99 | 42,051.99 | 42,051.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 120,504.24 | 120,504.24 | 120,504.24 |
| **TOTAL DISBURSEMENTS** | $0.00 | $168,043.25 | $168,043.25 | $168,043.25 |

4) This case was originally filed under Chapter 7 on July 30, 2012. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2015          By: /s/Douglas M. Whatley
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 7235 Buffy Lane Sacramento, CA 95828 | 1110-000 | 248,000.00 |
| RENTAL INCOME PENDING SALE | 1222-000 | 2,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$250,800.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ine Maria LLC | BALANCE DUE ON RENTAL FOR REMAINDER OF MONTHS RENT | 8500-002 | 193.55 |
| BAO, WILSON | Dividend paid 99.43% on $82,563.20; Claim# SURPLUS; Filed: $82,563.20; Reference: | 8200-002 | 82,563.20 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$82,756.75** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PLACER TITLE COMPANY | 4700-000 | N/A | 2,566.24 | 2,566.24 | 2,566.24 |
| | PLACER TITLE COMPANY | 4700-000 | N/A | 2,920.78 | 2,920.78 | 2,920.78 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$5,487.02** | **$5,487.02** | **$5,487.02** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Douglas M. Whatley | 2100-000 | N/A | 11,652.16 | 11,652.16 | 11,652.16 |
| Douglas M. Whatley | 2200-000 | N/A | 613.55 | 613.55 | 613.55 |
| Barry H. Spitzer, Attorney At Law | 3210-000 | N/A | 11,737.50 | 11,737.50 | 11,737.50 |
| Barry H. Spitzer, Attorney At Law | 3220-000 | N/A | 210.46 | 210.46 | 210.46 |
| Gabrielson & Company | 3410-000 | N/A | 1,828.50 | 1,828.50 | 1,828.50 |
| Gabrielson & Company | 3420-000 | N/A | 109.36 | 109.36 | 109.36 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| International Sureties | 2300-000 | N/A | 1.91 | 1.91 | 1.91 |
| PLACER TITLE COMPANY | 3510-000 | N/A | 4,960.00 | 4,960.00 | 4,960.00 |
| PLACER TITLE COMPANY | 3510-000 | N/A | 4,960.00 | 4,960.00 | 4,960.00 |
| PLACER TITLE COMPANY | 3520-000 | N/A | 1,483.30 | 1,483.30 | 1,483.30 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 260.01 | 260.01 | 260.01 |
| Rabobank, N.A. | 2600-000 | N/A | 324.67 | 324.67 | 324.67 |
| Rabobank, N.A. | 2600-000 | N/A | 357.67 | 357.67 | 357.67 |
| Rabobank, N.A. | 2600-000 | N/A | 334.77 | 334.77 | 334.77 |
| Rabobank, N.A. | 2600-000 | N/A | 323.15 | 323.15 | 323.15 |
| Rabobank, N.A. | 2600-000 | N/A | 367.24 | 367.24 | 367.24 |
| Rabobank, N.A. | 2600-000 | N/A | 322.19 | 322.19 | 322.19 |
| Rabobank, N.A. | 2600-000 | N/A | 355.03 | 355.03 | 355.03 |
| Rabobank, N.A. | 2600-000 | N/A | 341.17 | 341.17 | 341.17 |
| Rabobank, N.A. | 2600-000 | N/A | 296.14 | 296.14 | 296.14 |
| Rabobank, N.A. | 2600-000 | N/A | 372.45 | 372.45 | 372.45 |
| International Sureties | 2300-000 | N/A | 215.41 | 215.41 | 215.41 |
| Rabobank, N.A. | 2600-000 | N/A | 315.89 | 315.89 | 315.89 |
| Rabobank, N.A. | 2600-000 | N/A | 289.46 | 289.46 | 289.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $42,051.99 | $42,051.99 | $42,051.99 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 1,445.50 | 1,445.50 | 1,445.50 |
| 2 | Capital One, N.A. | 7100-000 | N/A | 582.00 | 582.00 | 582.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 716.16 | 716.16 | 716.16 |
| 4 | American Express Bank, FSB | 7100-000 | N/A | 3,968.12 | 3,968.12 | 3,968.12 |
| 5 | Capital One, N.A. | 7100-000 | N/A | 1,625.00 | 1,625.00 | 1,625.00 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| 7 -2 | Phuong Pham | 7100-000 | N/A | 87,500.00 | 87,500.00 | 87,500.00 |
| 8 | Capital Recovery V, LLC | 7100-000 | N/A | 313.88 | 313.88 | 313.88 |
| 9 | Capital Recovery V, LLC | 7100-000 | N/A | 2,686.47 | 2,686.47 | 2,686.47 |
| 10 | Capital Recovery V, LLC | 7100-000 | N/A | 2,374.26 | 2,374.26 | 2,374.26 |
| 11 | US Dept of Education | 7200-000 | N/A | 15,792.85 | 15,792.85 | 15,792.85 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $120,504.24 | $120,504.24 | $120,504.24 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-33907-CMK     **Trustee:** (001190) Douglas M. Whatley
**Case Name:** BAO, WILSON     **Filed (f) or Converted (c):** 07/30/12 (f)
    **§341(a) Meeting Date:** 09/11/12
**Period Ending:** 07/15/15     **Claims Bar Date:** 01/07/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7235 Buffy Lane<br>Sacramento, CA 95828<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 180,000.00 | 180,000.00 | | 248,000.00 | FA |
| 2 | Cathay Bank Checking Account<br>Location: In debtor<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Golden 1 Credit Union Checking Account<br>Location:<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods and Furniture<br>Location: In debto<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Men's Clothing<br>Location: In debtor's possession<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Men's Jewelry<br>Location: In debtor's possession<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | 1994 Toyota Camry DX Sedan<br>Good Condition<br>180,00<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,038.00 | 0.00 | | 0.00 | FA |
| 8 | 1974 Formular<br>Non-Operational<br>Tags have not been<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | RENTAL INCOME PENDING SALE (u) | 1,400.00 | N/A | | 2,800.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-33907-CMK  
**Case Name:** BAO, WILSON  

**Period Ending:** 07/15/15

**Trustee:** (001190) Douglas M. Whatley  
**Filed (f) or Converted (c):** 07/30/12 (f)  
**§341(a) Meeting Date:** 09/11/12  
**Claims Bar Date:** 01/07/14  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 9 Assets  Totals (Excluding unknown values) | $184,388.00 | $180,000.00 | | $250,800.00 | $0.00 |

**Major Activities Affecting Case Closing:**

01/08/14 AUCTION ENDED AT $248,000.  RECIEVED CHECK FOR HIGHEST BIDDER INE MARIE LLC.  $6,000.00
11/20/13 OFFER ON PROPERTY IS 190,000.  AS IS WHERE IS SALE,  BUYER DEALS WITH DEBRI AND 15+ TENANTS
10/11/13 PARTIES ARE GOING TO STIP THAT HOME IS FREE AND CLEAR.  LISTING PROPERTY WITH REALTOR.
10/04/13 DETERMINED THIS WAS A FRAUDULENT TRANSFER W/IN 90 DAYS OF FILING.
09/25/13 THIS IS A 547 ACTION.  DEED FILED WITHIN 90 DAYS OF BK.
09/09/13 BARRY REQUESTED PROOF OF BANK ACCOUNTS WHERE PAYMENTS CAME FROM.  DEBTOR AND ATTNY ARE NOT FORTHRIGHT
09/03/13 RECEIVED CHECKS FOR PURCHASE OF LAND.  APPEARS BAO WAS THER REMITTER FOR FUNDS.  CASE DID NOT RECORD UNTIL ONE YEAR AFTER FUNDS RECEIVED.
08/01/13 CONTACT OLD CASE MANAGER.  LEFT MESSAGE WITH LISA MARIE, NEW CASE MANAGER 559-499-5817.
07/23/13 T/C MR. MARTINEZ, ADV COUNSEL....INFORMED HOME IS OWNED FREE AND CLEAR, MORTGAGE IS A SHAM.. WILL REOPEN CASE AND BE ASSIGNED. CONTACTED SPITZER TO HELP WITH CASE.

**Initial Projected Date Of Final Report (TFR):**  July 30, 2015      **Current Projected Date Of Final Report (TFR):**   March 23, 2015  (Actual)

Filed 07/23/15　　　　　　　　　　　　　　Case 12-33907　　　　　　　　　　　　　　Doc 90

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-33907-CMK  
**Case Name:** BAO, WILSON  

**Taxpayer ID #:** **-***1830  
**Period Ending:** 07/15/15  

**Trustee:** Douglas M. Whatley (001190)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/13 | {9} | HELP YOU OWN REAL ESTATE | DECEMBER RENTAL INCOME | 1222-000 | 1,400.00 | | 1,400.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,390.00 |
| 01/03/14 | 101 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2014 FOR CASE #12-33907, 2014 BOND PREMIUM | 2300-000 | | 1.91 | 1,388.09 |
| 01/08/14 | {1} | INE MARIE LLC | REAL ESTATE DOWN PAYMENT FROM BUYER MARIE LLC | 1110-000 | 6,000.00 | | 7,388.09 |
| 01/13/14 | {9} | HELP YOU OWN REAL ESTATE | RENTAL INCOME PRIOR TO SALE OF PROPERTY - PROPERTY MANAGER | 1222-000 | 1,400.00 | | 8,788.09 |
| 01/29/14 | 102 | Ine Maria LLC | BALANCE DUE ON RENTAL FOR REMAINDER OF MONTHS RENT | 8500-002 | | 193.55 | 8,594.54 |
| 01/31/14 | | PLACER TITLE COMPANY | FUNDS RECEIVED AT CLOSE OF ESCROW | | 225,109.68 | | 233,704.22 |
| | {1} | | 242,000.00 | 1110-000 | | | 233,704.22 |
| | | | 2% WEICHERT REAL ESTATE COMMI.　　-4,960.00 | 3510-000 | | | 233,704.22 |
| | | | 2% HELP U OWN REAL COMM　　-4,960.00 | 3510-000 | | | 233,704.22 |
| | | | SAC. PROPERTY TAX & PENALTY- 1ST AND 2ND INSTAL　　-2,566.24 | 4700-000 | | | 233,704.22 |
| | | | SAC. PROP. TAX - PAYOFF 2014 TAXES　　-2,920.78 | 4700-000 | | | 233,704.22 |
| | | | ESCROW FEE, OWNERS COVERAGE, COPY FEE, TRANSFER FEE, COURIER FEE, PROPERTY ID, SAC. UTILITY LIEN　　-1,483.30 | 3520-000 | | | 233,704.22 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 233,694.22 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 260.01 | 233,434.21 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 324.67 | 233,109.54 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 357.67 | 232,751.87 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 334.77 | 232,417.10 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 323.15 | 232,093.95 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 367.24 | 231,726.71 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 322.19 | 231,404.52 |
| 09/30/14 | 103 | Gabrielson & Company | TRUSTEE'S ACCOUNTANT FEES | 3410-000 | | 1,828.50 | 229,576.02 |
| 09/30/14 | 104 | Gabrielson & Company | TRUSTEE'S ACCOUNTANT EXPENSES | 3420-000 | | 109.36 | 229,466.66 |

　　　　　　　　　　　　　　　　　　　　　　Subtotals :　　　　$233,909.68　　　$4,443.02

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 07/15/2015 05:09 PM　　V.13.23

Filed 07/23/15    Case 12-33907    Doc 90

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-33907-CMK  
**Case Name:** BAO, WILSON  
**Taxpayer ID #:** **-***1830  
**Period Ending:** 07/15/15  

**Trustee:** Douglas M. Whatley (001190)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 10/02/14 | | | | |
| 09/30/14 | 105 | Gabrielson & Company | ACCOUNTANT FEE - TRUSTEE | 3420-000 | | 109.36 | 229,357.30 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 355.03 | 229,002.27 |
| 10/02/14 | 104 | Gabrielson & Company | TRUSTEE'S ACCOUNTANT EXPENSES Voided: check issued on 09/30/14 | 3420-000 | | -109.36 | 229,111.63 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 341.17 | 228,770.46 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 296.14 | 228,474.32 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 372.45 | 228,101.87 |
| 01/06/15 | 106 | Barry H. Spitzer, Attorney At Law | Court Order docket 75 | 3210-000 | | 11,737.50 | 216,364.37 |
| 01/06/15 | 107 | Barry H. Spitzer, Attorney At Law | Court Order Docket 75 | 3220-000 | | 210.46 | 216,153.91 |
| 01/07/15 | 108 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/07/2015 FOR CASE #12-33907, 2015 bond payment with $3000 min balance | 2300-000 | | 215.41 | 215,938.50 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 315.89 | 215,622.61 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 289.46 | 215,333.15 |
| 06/03/15 | 109 | Douglas M. Whatley | Dividend paid 100.00% on $613.55, Trustee Expenses; Reference: | 2200-000 | | 613.55 | 214,719.60 |
| 06/03/15 | 110 | Douglas M. Whatley | Dividend paid 100.00% on $11,652.16, Trustee Compensation; Reference: | 2100-000 | | 11,652.16 | 203,067.44 |
| 06/03/15 | 111 | Discover Bank | Dividend paid 100.00% on $1,445.50; Claim# 1; Filed: $1,445.50; Reference: | 7100-000 | | 1,445.50 | 201,621.94 |
| 06/03/15 | 112 | Capital One, N.A. | Dividend paid 100.00% on $582.00; Claim# 2; Filed: $582.00; Reference: | 7100-000 | | 582.00 | 201,039.94 |
| 06/03/15 | 113 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $716.16; Claim# 3; Filed: $716.16; Reference: | 7100-000 | | 716.16 | 200,323.78 |
| 06/03/15 | 114 | American Express Bank, FSB | Dividend paid 100.00% on $3,968.12; Claim# 4; Filed: $3,968.12; Reference: | 7100-000 | | 3,968.12 | 196,355.66 |
| 06/03/15 | 115 | Capital One, N.A. | Dividend paid 100.00% on $1,625.00; Claim# 5; Filed: $1,625.00; Reference: | 7100-000 | | 1,625.00 | 194,730.66 |
| 06/03/15 | 116 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $3,500.00; Claim# 6; Filed: $3,500.00; Reference: | 7100-000 | | 3,500.00 | 191,230.66 |
| 06/03/15 | 117 | Phuong Pham | Dividend paid 100.00% on $87,500.00; Claim# 7 -2; Filed: $87,500.00; Reference: | 7100-000 | | 87,500.00 | 103,730.66 |
| 06/03/15 | 118 | Capital Recovery V, LLC | Dividend paid 100.00% on $313.88; Claim# 8; Filed: $313.88; Reference: | 7100-000 | | 313.88 | 103,416.78 |
| 06/03/15 | 119 | Capital Recovery V, LLC | Dividend paid 100.00% on $2,686.47; Claim# 9; Filed: $2,686.47; Reference: | 7100-000 | | 2,686.47 | 100,730.31 |

Subtotals :    $0.00    $128,736.35

{} Asset reference(s)      Printed: 07/15/2015 05:09 PM    V.13.23

Filed 07/23/15     Case 12-33907     Doc 90

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 12-33907-CMK | | Trustee: | Douglas M. Whatley (001190) |
|---|---|---|---|---|
| Case Name: | BAO, WILSON | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3466 - Checking Account |
| Taxpayer ID #: | **-***1830 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/15/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/03/15 | 120 | Capital Recovery V, LLC | Dividend paid 100.00% on $2,374.26; Claim# 10; Filed: $2,374.26; Reference: | 7100-000 | | 2,374.26 | 98,356.05 |
| 06/03/15 | 121 | US Dept of Education | Dividend paid 100.00% on $15,792.85; Claim# 11; Filed: $15,792.85; Reference: | 7200-000 | | 15,792.85 | 82,563.20 |
| 06/03/15 | 122 | BAO, WILSON | Dividend paid 99.43% on $82,563.20; Claim# SURPLUS; Filed: $82,563.20; Reference: | 8200-002 | | 82,563.20 | 0.00 |
| | | | ACCOUNT TOTALS | | 233,909.68 | 233,909.68 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 233,909.68 | 233,909.68 | |
| | | | Less: Payments to Debtors | | | 82,563.20 | |
| | | | NET Receipts / Disbursements | | $233,909.68 | $151,346.48 | |

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| Net Receipts : | | 233,909.68 | TOTAL - ALL ACCOUNTS | | | |
| Plus Gross Adjustments : | | 16,890.32 | | | | |
| Less Payments to Debtor : | | 82,563.20 | Checking # ******3466 | 233,909.68 | 151,346.48 | 0.00 |
| Less Other Noncompensable Items : | | 193.55 | | $233,909.68 | $151,346.48 | $0.00 |
| Net Estate : | | $168,043.25 | | | | |

{} Asset reference(s)                      Printed: 07/15/2015 05:09 PM     V.13.23